

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton  312-435-5670
Clerk

Moser v. The J. M. Smucker Company et al

USDC Case Number:   20cv7074

MDL Number:   2984

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 4/2/21:

   X   Was electronically transmitted to: Western District of Missouri.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely.
Thomas G. Bruton, Clerk

By:   /s/N. Finley
         Deputy Clerk

Enclosures

**New Case No.** _____  **Date** _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016